# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-7165**                                                              **September Term, 2013**

**1:11-cv-01733-EGS**

**Filed On:** January 22, 2014

Daniel Brink, et al.,

       Appellants

       v.

Continental Casualty Company, also known as
CNA Global Insurance, doing business as
CNA Insurance Company, et al.,

       Appellees

### O R D E R

      It appearing that this case presents potential problems of duplicative briefing, it is

      **ORDERED**, on the court's own motion, that appellees show cause within 30 days of the date of this order, why they should not be limited to one joint brief, not to exceed 14,000 words.

      The parties may suggest an alternative briefing format to reduce the number of pages submitted to the court. In so doing, the parties should keep in mind that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                          BY:    /s/
                                   Timothy A. Ralls
                                   Deputy Clerk