No. 13-7165

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

DANIEL BRINK, et al.,

*Plaintiffs-Appellants,*

v.

CONTINENTAL INSURANCE COMPANY, et al.,

*Defendants-Appellees.*

On Appeal From The United States District Court for the District of Columbia
No. 11-CV-01733 Before The Honorable Emmet G. Sullivan

## APPELLEES' JOINT RESPONSE TO ORDER TO SHOW CAUSE

All appellees that have appeared in this litigation—American International Group, Inc., Continental Insurance Company, ACE American Insurance Company, Zurich American Insurance Company, Dyncorp International, LLC, Halliburton Corporation, Ronco Consulting, Wackenhut Services International, Global Linguist Solutions, LLC, Combat Support Associates (CSA), AECOM Government Services, Inc., Khudairi Group Incorporated d/b/a Khudairi Trading and Contracting Company, Exelis Systems Corporation, US Investigations Services, LLC, USIS International, Inc., Engility Corporation, Kellogg Brown & Root Services, Inc., Academi, LLC, and Northrop Grumman Corporation—jointly

submit this response to the Court's January 22, 2014 Order [Doc. #1476034] requiring the appellees to show cause why the briefing format contained in the Order should not apply.[1]

The Court's Order sets forth a briefing format that contemplates all appellees jointly submitting a single brief not to exceed 14,000 words. The appellees do not oppose the submission of a joint brief.

To facilitate the filing of a consolidated brief, the appellees respectfully request that when the Court issues a briefing schedule, the appellees be given 60 days to respond to the appellants' brief. Most appellees are separately represented, and were separately represented before the district court. In addition, appellants have asserted some claims and allegations against only a subset of appellees. Appellees respectfully submit that a response period of 60 days will facilitate the necessary coordination among the 19 different represented appellees in preparing a single, consolidated brief consistent with this Court's Order.

---

[1] Three defendant-appellees—Tacticor International, Lier Seigler, Inc., and Erinys Ltd.—have not entered appearances in this case, either before the district court or this Court.

Dated: February 21, 2014  Respectfully submitted,

/s/ Geoffrey M. Sigler
Geoffrey M. Sigler
Thomas M. Johnson
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8500

Richard J. Doren
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7038

*Counsel for Appellee American International Group, Inc.*

/s/ Kenneth Pfaehler (with permission)
David I. Ackerman
Kenneth Pfaehler
DENTONS US LLP
1301 K Street, NW, Suite 600, East Tower
Washington, DC 20005
(202) 408-6400

*Counsel for Appellee Continental Insurance Company*

/s/ Holly P. Smith (with permission)
Holly P. Smith
Molly S. Carella
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550

3

Christopher E. Appel
SHOOK, HARDY & BACON, L.L.P.
1155 F Street, NW, Suite 200
Washington, DC 20004
(202) 783-8400

*Counsel for Appellee ACE American Insurance Company*

/s/ Randolph D. Moss (with permission)
Randolph D. Moss
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000

*Counsel for Appellee Zurich American Insurance Company*

/s/ Robert B. Wallace (with permission)
Robert B. Wallace
David M. Ross
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
700 11th Street, NW, Suite 400
Washington, DC 20001
(202) 626-7660

*Counsel for Appellee DynCorp International, LLC*

/s/ Lawrence S. Ebner (with permission)
Lawrence S. Ebner
Raymond B. Biagini
Tami L. Azorsky
MCKENNA LONG & ALDRIDGE, LLP
1900 K Street, NW, Suite 100
Washington, DC 20006
(202) 496-7687

4

*Counsel for Appellees Kellogg Brown & Root Services, Inc., and Halliburton Corporation*

<u>/s/ Matthew W. Carlson (with permission)</u>
Matthew W. Carlson
THOMPSON O'DONNELL, LLP
1212 New York Avenue, NW, Suite 1000
Washington, DC 20005
(202) 289-1133

*Counsel for Appellees Ronco Consulting and Wackenhut Services International*

<u>/s/ Roderick L. Thomas (with permission)</u>
Roderick L. Thomas
Mark B. Sweet
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000

*Counsel for Appellees Global Linguist Solutions, LLC, AECOM Government Services, Inc., and Combat Support Associates (CSA)*

<u>/s/ F. Greg Bowman (with permission)</u>
F. Greg Bowman
David Randall J. Riskin
WILLIAMS & CONNOLLY LLP
Edward Bennett Williams Building
725 12th Street, NW
Washington, DC 20005
(202) 434-5000

*Counsel for Appellees US Investigations Services, LLC, USIS International, Inc., and Engility Corporation.*

5

/s/ John B. Rudolph (with permission)
John B. Rudolph
WINSTEAD PC
2000 Pennsylvania Ave., NW, Suite 3350
Washington, DC 20006
(202) 572-8000

Andrew L. Fono
Brannon C. Dillard
WINSTEAD PC
1100 JPMorgan Chase Tower
600 Travis
Houston, TX 77002
(713) 650-8400

*Counsel for Appellee Khudairi Group Incorporated d/b/a Khudairi Trading and Contracting Company*

/s/ Tara M. Lee (with permission)
Tara M. Lee
Joseph C. Davis
DLA PIPER LLP (US)
One Fountain Square
11911 Freedom Drive, Suite 300
Reston, VA 20190
(703) 773-4000

Sara Z. Moghadam
DLA PIPER LLP (US)
500 8th Street, NW
Washington, DC 20004
(202) 799-4000

*Counsel for Appellees Northrop Grumman Corporation and Exelis Systems Corporation*

/s/ Leslie Paul Machado (with permission)
Leslie Paul Machado
LECLAIR RYAN, A PROFESSIONAL
CORPORATION
2318 Mill Road, Suite 1100
Alexandria, VA 22310
(703) 647-5928

*Counsel for Appellee Academi, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2014, an electronic copy of the foregoing Appellees' Joint Response to Order to Show Cause was filed with the Clerk of Court using this Court's CM/ECF system.

I further certify that on February 21, 2014, an electronic copy of the foregoing Appellees' Joint Response to Order to Show Cause was served electronically by the Notice of Docket Activity on registered CM/ECF participants, and a paper copy was served by first-class mail upon the following:

Scott J. Bloch
LAW OFFICES OF SCOTT J. BLOCH, PA
1050 17th Street, NW
Suite 600
Washington, DC 20036
(202) 496-1290
Fax: (202) 478-0479
Email: sbloch@bcounsel.com

/s/ Thomas M. Johnson Jr.
Thomas M. Johnson
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC  20036