# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-7165                                         September Term, 2013

1:11-cv-01733-EGS

**Filed On:** February 26, 2014

Daniel Brink, et al.,

    Appellants

    v.

Continental Insurance Company, et al.,

    Appellees

**O R D E R**

Upon consideration of the court's January 22, 2014 order to show cause regarding briefing and the appellees' joint response thereto, and appellee Continental Insurance Company's unopposed motion to amend the case caption, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion to amend case caption be granted, and that Continental Insurance Company be substituted as an appellee in this appeal, in lieu of "Continental Casualty Company, also known as CNA Global Insurance, doing business as CNA Insurance Company." It is

**FURTHER ORDERED** that the following briefing schedule and format apply in this case:

| | |
|---|---|
| Brief for Appellants (not to exceed 14,000 words) | 04/07/14 |
| Brief for Appellees (not to exceed 14,000 words) | 06/06/14 |
| Reply Brief for Appellants (not to exceed 7,000 words) | 06/20/14 |
| Deferred Appendix | 07/07/14 |
| Final Briefs | 07/21/14 |

The parties will be notified by separate order of the oral argument date and composition of the merits panel.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 13-7165**                                            **September Term, 2013**

     Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. <u>See</u> Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. <u>See</u> D.C. Cir. Rule 28(a)(8).

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                        BY:   /s/
                                Michael C. McGrail
                                Deputy Clerk